LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
radaniels@kcnvlaw.com
**Attorneys for Defendants**
*LAS VEGAS METROPOLITAN*
*POLICE DEPARTMENT and*
*OFFICER JOHN BRANDON*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN OKPOTI, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER JOHN D. BRANDON, in his individual and official capacities, POLICE OFFICERS I-XX, and JOHN DOES I-XX, inclusive,<br><br>            Defendants. | Case No. 2:15-CV-00110-APG-CWH<br><br>**STIPULATION TO EXTEND DISCOVERY**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of August 19, 2015, be continued for a period of ninety (90) days up to and including November 17, 2015, for the purpose of allowing the parties to complete written discovery in this matter; serve third-party subpoenas; disclose expert witnesses; and take several depositions of the parties and witnesses.

/ / /

**DISCOVERY COMPLETED TO DATE**

Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD") and OFFICER JOHN D. BRANDON ("Brandon") (collectively, "Defendants") have produced their initial Rule 26(f) Disclosures to NATHAN OKPOTI ("Plaintiff"). Plaintiff has likewise produced his initial Disclosures to Defendants. The parties have not conducted any additional discovery to date.

**DISCOVERY YET TO BE COMPLETED**

The parties, and each of them, will propound written discovery requests. It is anticipated that, upon receipt of Plaintiff's responses, Defendants will serve multiple third party Subpoenas. Supplemental written discovery may be propounded by any party based upon responses to the initial written discovery.

The parties will conduct several depositions including, but not limited to, the depositions of Plaintiff, the named Defendants, individual officers/detectives with knowledge of the incident, Rule 30(b)(6) witnesses, expert witnesses, rebuttal expert witnesses, and all other persons with knowledge of the incident.

The parties expect to disclose various expert witness and rebuttal expert witness reports.

**REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The Scheduling Order in this matter was recently entered on April 6, 2015. [Docket No. 22.] Prior to that, Defendants filed a Motion to Dismiss, [Docket No. 10.] The Motion to Dismiss resulted in Plaintiff discovering a proper party and certain allegations that had not been plead in the initial Complaint. As such, Plaintiff filed a Motion for Leave to Amend Complaint. [Docket No. 14.] After Defendants filed a Notice of Non-Opposition, this Court granted Plaintiff's Motion to Amend on May 26, 2015. [Docket No. 25.] Plaintiff will now need to file the Amended Complaint and serve any new Defendants; and the current Defendants will respond

to the Amended Complaint.

Moreover, the Court's Order denied the pending Motion to Dismiss as moot due to the filing of the amended complaint. As such, it may be necessary for Defendants to file additional Motions to Dismiss, should the Amended Complaint warrant such a motion. Regardless, the Amended Complaint is likely to change the scope of discovery in this matter and an extension of discovery is necessary.

This extension request is made in good faith, jointly by the parties, to allow the present discovery dispute to be adjudicated by the Court. This request is timely pursuant to LR 26-4. Trial in this matter has not yet been set and dispositive motions have not yet been filed. As such, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. In fact, the extension will benefit the parties in allowing them to properly litigate their case.

Accordingly, it is hereby stipulated and respectfully requested that this Court enter an order as follows:

(a) That the current discovery cut-off date of August 19, 2015, be extended for a period of ninety (90) days, up to and including November 17, 2015.

(b) The parties, and each of them, shall disclose their experts to each other at least sixty (60) days before the discovery cut-off date, or by September 18, 2015. The parties, and each of them, shall disclose rebuttal experts at least thirty (30) days after the initial date for disclosure of experts, or by October 19, 2015.

(c) All pretrial motions, including but not limited to, discovery motions, motions to dismiss, motions for summary judgment, and all other dispositive motions shall be filed and served no later than thirty (30) days after the close of discovery, which is by December 17, 2015.

(d) The Joint Pretrial Order shall be filed with this Court no later than thirty (30) days

1  after the date set for filing dispositive motions, which shall be by January 18, 2016, unless
2  dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be
3  suspended until thirty (30) days after the decision on the dispositive motions or further order of
4  this Court.

5    (e)    The last day for the parties to file a motion and/or stipulation to extend discovery
6  shall be twenty-one (21) days prior to the discovery cut-off, or October 27, 2015, or twenty-one
7  (21) days prior to the subject deadline.

8    The parties have entered into this Stipulation in an effort to complete discovery and
9  pretrial motions. The parties are not delaying the conclusion of this matter by way of trial or
10 otherwise; rather, the parties are trying to garner all the necessary information, through formal
11 discovery or interviews, to evaluate the case for settlement purposes.

12    DATED this 1st day of June, 2015.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendants**
LAS VEGAS METROPOLITAN
POLICE DEPARTMENT and
DETECTIVE GEORGE LIBBEY

CANNON LAW SERVICES, LLC.

By: /s/ Elizabeth M. Tullio
ROBERT J. FLUMMERFELT
Nevada Bar No. 11122
ELIZABETH M. TULLIO
Nevada Bar No. 13600
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
**Attorneys for Plaintiff**

IT IS SO ORDERED.

**ORDER**

_____
C.W. Hoffman, Jr.
United States Magistrate Judge
Dated: June 2, 2015