CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 01056
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
egeorge@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
*Attorneys for City of Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN OKPOTI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; CITY OF LAS VEGAS, A PUBLIC ENTITY; OFFICER JOHN D. BRANDON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, POLICE OFFICER DOES I-XX AND JOHN DOES I-XX, INCLUSIVE, <br><br> Defendants. | CASE NO. 2:15-cv-00110-APG-CWH <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITY OF LAS VEGAS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **(Second Request)** |

Pursuant to Local Rules 6-1, 6-2 and 7-1, plaintiff Nathan Okpoti and defendant City of Las Vegas, by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by one (1) week for the City of Las Vegas to answer or otherwise respond to plaintiff's second amended complaint ("Complaint"). [Dkt. 28]. Although the plaintiff filed this action on January 20, 2015, the City of Las Vegas was only recently named in and served with plaintiff's Complaint on or about July 6, 2015. (*See* Summons [Dkt. 34].). On July 23, 2015, the parties stipulated to allow the city additional time to respond to the second amended complaint to allow the city to conduct an investigation into plaintiff's allegations. The city's response is due on Monday, August 10, 2015.

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 2

1  This second extension request is not being sought to unduly delay the proceedings; rather, good cause exists for this extension as the City of Las Vegas has recently associated outside legal counsel in connection with this matter. The additional time requested herein is needed to afford the city and its associated counsel the opportunity to finalize the scope of representation and to provide associated counsel an opportunity to review the present matter. The city's responsive pleading is presently due on **Monday, August 10, 2015**, and the parties have stipulated that the city shall answer or otherwise respond to the Complaint by **Monday, August 17, 2015**.

An additional one (1) week for the city to file its responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 10th day of August, 2015.                    Dated this 10th day of August, 2015.

/s/ Elias P. George                                     /s/ Elizabeth M. Tullio
ELIAS P. GEORGE                                         ELIZABETH M. TULLIO
Deputy City Attorney                                    CANON LAW SERVICES, LLC
CITY OF LAS VEGAS                                       Nevada Bar No. 13600
Nevada Bar No. 12379                                    7251 West Lake Mead Blvd., Suite 300
495 South Main Street, Sixth Floor                      Las Vegas, NV 89128
Las Vegas, NV 89101                                     elizabteth.canonlaw@gmail.com
egeorge@lasvegasnevada.gov                              *Attorneys for Plaintiff*
*Attorneys for City of Las Vegas*                       *Nathan Okpoti*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August 12, 2015.

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

2 of 2