1 **ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No. 11122
2 **ELIZABETH M. TULLIO, ESQ.**
Nevada Bar No. 13600
3 **CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
4 7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
5 Telephone: (702) 562-4144
Facsimile (702) 866-9868

*Attorneys for Plaintiff* Nathan Okpoti

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN OKPOTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; CITY OF LAS VEGAS, a public entity; OFFICER JOHN D. BRANDON, in his individual and official capacities; POLICE OFFICER DOES I-XX and JOHN DOES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00110-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF LAS VEGAS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, NATHAN OKPOTI and Defendant, CITY OF LAS VEGAS, hereby stipulate that the filing deadline for Plaintiff's Opposition to Defendant CITY OF LAS VEGAS' Motion to Dismiss, or in the alternative, Motion for Summary Judgment [Dk. 47] is hereby extended from September 3, 2015, to September 17, 2015. This stipulation and order is being entered into as a professional courtesy between the parties so that Plaintiff may have a full and fair opportunity to adequately and thoroughly research and brief this matter and all issues addressed

in the Defendant's motion.

DATED this 2nd day of September, 2015.                    DATED this 2nd day of September, 2015.

/s/ ELIZABETH M. TULLIO, ESQ.                             /s/ ELIAS P. GEORGE, ESQ.
_____                           _____
**ROBERT J. FLUMMERFELT, ESQ.**                           **BRADFORD R. JERBIC, ESQ.**
Nevada Bar No. 11122                                      Nevada Bar No. 1056
**ELIZABETH M. TULLIO, ESQ.**                             City Attorney
Nevada Bar No. 13600                                      **ELIAS P. GEORGE, ESQ.**
**CANON LAW SERVICES, LLC**                               Nevada Bar No. 12379
CanonLawServices@Gmail.com                                Deputy City Attorney
7251 W. Lake Mead Blvd., Suite 300                        egeorge@lasvegasnevada.gov
Las Vegas, Nevada 89128                                   495 S. Main Street, Sixth Floor
Telephone: (702) 562-4144                                 Las Vegas, NV 89101
Facsimile (702) 866-9868                                  Telephone: (702)634-5000
*Attorneys for Plaintiff* Nathan Okpoti                   Facsimile: (702) 386-1749
                                                          *Attorneys for Defendant* City of Las Vegas

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: __September 3, 2015_____