# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN OKPOTI, an individual, | **CASE NO.: 2:15-cv-110-APG-CWH** |
| Plaintiff, | |
| vs. | **ORDER REQUIRING REDACTION OF FILED DOCUMENT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Dkt. #47) |
| Defendants. | |

Defendant City of Las Vegas filed a motion to dismiss (Dkt. #47) and attached as exhibits documents containing plaintiff's personal identifiers, in violation of Fed. R. Civ. P. 5.2(a). Therefore, the clerk sealed the entire document. The presumption of public access to judicial files means that only those portions of the motion and exhibits that contain specific reference to personal identifiers shall be kept under seal. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). The remainder of the filing that does not contain personal identifiers must be filed as publicly accessible documents.

IT IS THEREFORE ORDERED that, within 10 days of entry of this Order, the City shall file a redacted version of its motion (Dkt. #47), deleting the personal identifiers contained in the motion and exhibits.

Dated this 4th day of September, 2015.

_____
Andrew P. Gordon
United States District Judge