CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 01056
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
egeorge@lasvegasnevada.gov
JEFFRY M. DOROCAK
Nevada Bar No. 13109
jdorocak@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
*Attorneys for City of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN OKPOTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; CITY OF LAS VEGAS, A PUBLIC ENTITY; OFFICER JOHN D. BRANDON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, POLICE OFFICER DOES I-XX AND JOHN DOES I-XX, INCLUSIVE,<br><br>Defendants | CASE NO. 2:15-cv-00110-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITY OF LAS VEGAS's REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1, 6-2 and 7-1, plaintiff Nathan Okpoti and defendant City of Las Vegas, by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by two (2) days, up to and including **Wednesday, September 30, 2015**, for the City of Las Vegas to file its reply in support of its motion to dismiss or, in the alternative, motion for summary judgment (the "Motion") [Dkt. No. 47] that is presently due on **Monday, September 28, 2015**. The Motion was originally filed on August 17, 2015 [Dkt. No. 47]. Plaintiff's counsel previously requested and was granted an extension to file a response to

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 2

1 | the Motion [Dkt. Nos. 52, 57].

2 |     This first extension request to file its reply in support of the Motion is not being sought
3 | by the City of Las Vegas to unduly delay the proceedings; rather, good cause exists for this
4 | extension as the City of Las Vegas requests the additional two days to investigate all relevant
5 | issues and to submit its filings to the Court. The requested modification will not alter the date of
6 | any event or any deadline already fixed by Court order.

8 | IT IS HEREBY STIPULATED:

9 | Dated this 28th day of September, 2015.     Dated this 28th day of September, 2015.

10 | /s/ Elias P. George                                   /s/ Elizabeth M. Tullio

ELIAS P. GEORGE
Deputy City Attorney
CITY OF LAS VEGAS
Nevada Bar No. 12379
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

ELIZABETH M. TULLIO
CANON LAW SERVICES, LLC
Nevada Bar No. 13600
7251 West Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
elizabeth.canonlaw@gmail.com
*Attorneys for
Nathan Okpoti*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 29, 2015

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

2 of 2