UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN OKPOTI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　　Defendants. | 2:15-cv-00110-APG-CWH<br><br>**ORDER** |

　　　Presently before the Court is the parties' Stipulated Protective Order (ECF No. 70), filed on April 18, 2016. The Court has reviewed the protective order and finds that Section X, which deals with filing protected material, does not comply with the Court's local rules or with Ninth Circuit precedent regarding filing under seal. *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Court therefore will deny the protective order without prejudice for the parties to meet and confer and revise the language regarding filing under seal.

　　　IT IS THEREFORE ORDERED that the parties Stipulated Protective Order (ECF No. 70) is DENIED without prejudice.

　　　DATED: April 21, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge