1  CITY OF LAS VEGAS
   BRADFORD R. JERBIC
2  City Attorney
   Nevada Bar No. 01056
3  ELIAS P. GEORGE
   Deputy City Attorney
4  Nevada Bar No. 12379
   egeorge@lasvegasnevada.gov
5  495 S. Main Street, Sixth Floor
   Las Vegas, NV 89101
6  (702) 229-6629 (office)
   (702) 386-1749 (fax)
7  *Attorneys for City of Las Vegas*

8

## UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

11  NATHAN OKPOTI, an individual,                    CASE NO.  2:15-cv-00110-APG-CWH

12                      Plaintiff,
    vs.

13                                                   **STIPULATION AND [PROPOSED]
    LAS VEGAS METROPOLITAN POLICE                    ORDER TO REDACT CONFIDENTIAL
14  DEPARTMENT, A POLITICAL                          INFORMATION**
    SUBDIVISION OF THE STATE OF
15  NEVADA; CITY OF LAS VEGAS, A
    PUBLIC ENTITY; OFFICER JOHN D.
16  BRANDON, IN HIS INDIVIDUAL AND
    OFFICIAL CAPACITIES, POLICE
17  OFFICER DOES I-XX AND JOHN DOES I-
    XX, INCLUSIVE,
18
                        Defendants.
19

20        Pursuant to Local Rule 6-2, Federal Rules of Civil Procedure ("FRCP") Rule 5.2, and

21  Federal Rules of Evidence ("FRE") Rule 501, the parties, by and through their respective

22  counsel, hereby stipulate and respectfully request that this Court order the redaction of certain

23  confidential information provided during the deposition of the City of Las Vegas' FRCP Rule

24  30(b)(6) witness, Lieutenant Martin Quintana, taken on April 27, 2016. Specifically, the parties

25  are requesting that only lines 16-20 on page 9 of Lt. Quintana's deposition transcript be redacted

26  in order to keep confidential the peace officer's home address.

27        Good cause exists for the Court to order the redaction of the requested information.

28  Nevada Revised Statutes section 289.025 generally prohibits the disclosure of a peace officer's

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 2

home address for privacy reasons. When balanced with the presumption of public access to judicial files, *Kamakana v. City of Cnty. Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the parties are requesting only that limited portion of Lt. Quintana's deposition transcript be redacted to preserve his stated-protected privacy interests. *See Henry A. Wilden*, 271 F.R.D. 184, 189 (D. Nev. 2010) ("A number of federal courts have recognized that [FRE] Rule 501 allows recognition and respect for state evidentiary codes and privileges which express important state interests and policies.") (citations omitted).

Accordingly, the parties respectfully request that this Court order the redaction of Lt. Quintana's home address from his deposition testimony, specifically, lines 16-20 on page 9.

IT IS HEREBY STIPULATED:

Dated this 9th day of June, 2016.                Dated this 9th day of June, 2016.

 /s/ Elias P. George                                      /s/ Robert Flummerfelt
ELIAS P. GEORGE                              ROBERT FLUMMERFELT
Deputy City Attorney                            CANON LAW SERVICES, LLC
CITY OF LAS VEGAS                           Nevada Bar No. 11122
Nevada Bar No. 12379                          410 S. Rampart Blvd., Suite 390
495 South Main Street, Sixth Floor           Las Vegas, NV 89145
Las Vegas, NV 89101                           robert.flummerfelt@hotmail.com
egeorge@lasvegasnevada.gov                 *Attorneys for Plaintiff*
*Attorneys for Defendant*                       *Nathan Okpoti*
*City of Las Vegas*

Dated this 9th day of June, 2016.

 /s/ Ryan Daniels
RYAN DANIELS
KAEMPFER CROWELL
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV  89135
rdaniels@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Officer John Brandon*

IT IS SO ORDERED:

_____
The Honorable C.W. Hoffman Jr.
United States Magistrate Judge

DATED: June _____16_____, 2016.

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

2 of 2