**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No. 11122
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Telephone: (702) 562-4144
Facsimile (702) 866-9868

*Attorney for Plaintiff* Nathan Okpoti

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN OKPOTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; CITY OF LAS VEGAS, a public entity; OFFICER JOHN D. BRANDON, in his individual and official capacities; POLICE OFFICER DOES I-XX and JOHN DOES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00110-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1, 6-2, and 7-1, the above-referenced parties, by and through their respective counsel of record, hereby agree and stipulate to extend the deadline for the filing of Plaintiff's oppositions to Defendants' Motions for Summary Judgment, to wit: Defendant City of Las Vegas' Motion for Summary Judgment [ECF No. 80], Officer Brandon's Motion for Summary Judgment [ECF No. 81], and Las Vegas Metropolitan Police Department's Motion for Summary Judgment [ECF No. 82]. The current deadline for the filing of Plaintiff's oppositions to each of the three pending motions for summary judgment is Monday, August 1, 2016. Due to the number of oppositions due simultaneously and the volume of documents contained within the motions, Defendants have graciously permitted Plaintiff an

CANON LAW SERVICES, LLC
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
(702) 562-4144

1 additional two (2) weeks to file his oppositions to all pending motions for summary judgment.
2 As such, based on the agreement of the parties, Plaintiff's oppositions shall now be due no later
3 than Monday, August 15, 2016.

4     This extension request is not being sought to unduly delay the proceedings; rather, good
5 cause exists for this extension as Plaintiff requires the additional time to adequately prepare his
6 oppositions to the lengthy dispositive motions. This extension will not prejudice any party and
7 will, in fact, allow the parties to properly brief their positions in defense and/or in support of the
8 motions for this Honorable Court. Moreover, the parties are not delaying the conclusion of this
9 …
10 …
11 …
12 …
13 …
14 …
15 …
16 …
17 …
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …

CANON LAW SERVICES, LLC
410 S. Rampart Blvd., Suite 390
Las Vegas, Nevada 89145
(702) 562-4144

1  matter by way of trial or otherwise, as no trial date has yet been ordered.

2  DATED this 28th day of July, 2016.                    DATED this 28th day of July, 2016.

3  /s/ ROBERT J. FLUMMERFELT, ESQ.                       /s/ ELIAS P. GEORGE, ESQ.

4  **ROBERT J. FLUMMERFELT, ESQ.**                       **BRADFORD R. JERBIC, ESQ.**
   Nevada Bar No. 11122                                  Nevada Bar No. 1056
5                                                        **ELIAS P. GEORGE, ESQ.**
   **CANON LAW SERVICES, LLC**                           Nevada Bar No. 12379
6  CanonLawServices@Gmail.com                            Deputy City Attorney
   7251 W. Lake Mead Blvd., Suite 300                    egeorge@lasvegasnevada.gov
7  Las Vegas, Nevada 89128                               495 S. Main Street, Sixth Floor
   Telephone: (702) 562-4144                             Las Vegas, NV 89101
8  Facsimile (702) 866-9868                              Telephone: (702)634-5000
   *Attorneys for Plaintiff* Nathan Okpoti               Facsimile: (702) 386-1749
9
10 DATED this 28th day of July, 2016.                    **BRENT VOGEL, ESQ.**
                                                         Nevada Bar No. 6858
11 /s/ LYSSA S. ANDERSON, ESQ.                           **LEWIS BRISBOIS BISGAARD &**
                                                         **  SMITH, LLP**
12 **LYSSA S. ANDERSON, ESQ.**                           brent.vogel@lewisbrisbois.com
   Nevada Bar No. 5781                                   6382 S. Rainbow Boulevard, Suite 600
13 **RYAN W. DANIELS, ESQ.**                             Las Vegas, Nevada 89118
   Nevada Bar No. 13094                                  Telephone: (702) 893-3383
14 **KAEMPFER CROWELL**                                  Facsimile: (702) 893-3798
   1980 Festival Plaza Drive, #650                       *Attorneys for Defendant City of Las Vegas*
15 Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
16 Facsimile: (702) 796-7181
   *Attorneys for Defendants LVMPD*
17 *and Ofc. John Brandon*

18           **IT IS SO ORDERED:**

           Dated:  July 28, 2016.
19

20                                                       _____
21                                                       UNITED STATES DISTRICT COURT JUDGE

22

23

24

25