**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATHAN OKPOTI, | Case No. 2:15-cv-00110-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Plaintiff Nathan Okpoti filed this lawsuit against defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer John Brandon, and the City of Las Vegas.  Okpoti alleges that he suffered a stroke while driving and that Officer Brandon arrested him on suspicion of driving under the influence instead of obtaining medical care for him.  He further alleges Officer Brandon took him to the Las Vegas Detention Center, where he remained in custody for several days and did not receive medical attention.

In response to the defendants' summary judgment motions, Okpoti relies heavily on a booking photo, which he contends shows the left side of his face drooping. ECF No. 86-1 at 2.  In order to fully evaluate Okpoti's argument, I direct him to submit to chambers for inspection the version of the booking photo depicted at ECF No. 86-1 at 2 that he hopes to show to the jury.

IT IS THEREFORE ORDERED that on or before February 24, 2017, plaintiff Nathan Okpoti shall submit to chambers for inspection the version of the booking photo depicted at ECF No. 86-1 at 2 that he hopes to show to the jury.  If Okpoti does not do so, I will resolve the summary judgment motions based on the evidence provided.

DATED this 17th day of February, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE